**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**FREDRICK L. CALDWELL**                                                              **PLAINTIFF**

**VS.**                                                              **CAUSE NO. 1:12-CV-00272-SA-DAS**

**HYRDROVAC INDUSTRIAL SERVICES, INC.**                                    **DEFENDANT**

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

---

The parties have agreed to and announced to the Court a settlement of this case, and the Court is desirous that this matter be finally closed on its docket.

It is, therefore, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED, this the 20th day of January 2015.

                                                                 **/s/ Sharion Aycock             **
                                                                 **U.S. DISTRICT JUDGE**